**BIS | BARNES IACCARINO & SHEPHERD LLP**

April 8, 2021

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired
*Also Admitted in NJ

**MEMO ENDORSED**

Letter Motion via ECF

Hon. Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601.

Re: Trustees of Laborers International Union of North America Local 235 Fringe Benefit Funds and the Laborers International Union of North America Local 235 v. M.V.M. Construction, LLC (20-cv 10830 (NSR)(JCM)

Dear Honorable Judge Roman:

We represent the Plaintiff in the above captioned matter. On March 25, 2021 Defendant M.V.M. Construction, LLC filed an Answer in the above captioned matter. On March 26, 2021 Your Honor directed the parties to submit a Case Management Plan and Scheduling Order to the Court by April 9, 2021.

Today Plaintiff filed an Amended Complaint in this matter, adding an additional defendant. We respectfully request that Your Honor's Order of March 26, 2021 be amended to allow time for the new defendant to be joined. Defendant M.V.M. Construction, LLC consented to this request.

Thank you for your attention and courtesies in this matter.

Sincerely,

Michele Joy Harari
Michele Joy Harari, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

---

Plaintiff's application is GRANTED. The parties' deadline to submit a case management plan is held in abeyance pending service of the additional defendant, Gino Secchiano, and Defendant Secchiano's answer or other response to the Amended Complaint. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 14.

Dated: April 9, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge